UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---------------------------------------------------------------X

TODD C. BANK,

        Plaintiff,

v.

LIFEWATCH, INC., LIFEWATCH SECURITY, INC., each doing business as LIFEWATCH-USA, and SAFE HOME SECURITY, INC. and EVAN SIRLIN

        Defendants.

---------------------------------------------------------------X

Case No. 1:15-cv-5708 –CBA-VMS



## VOLUNTARY STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to FRCP. Rule 41, the parties hereby stipulate and agree that any and all of Plaintiff's claims against Defendants in the above-captioned case are **HEREBY VOLUNTARILY DISMISSED WITH PREJUDICE**, each party to bear their own fees and costs.

DATED: January 12, 2018

By: /s/ Todd C. Bank
Todd C. Bank, Attorney at Law, P.C.
119-40 Union Turnpike
Fourth Floor
Kew Gardens, New York 11415
Telephone: (718) 520-7125
Facsimile: (856) 997-9193
tbank@toddbanklaw.com

By: _____
Joseph Lipari, Counsel for Defendants
The Sultzer Law Group, P.C.
14 Wall Street, 20th Floor
New York, NY 10005
212-618-1938

s/Carol Bagley Amon

2/8/18